Kendra Gilliams
1901, Ave of the Stars
2nd fl
Los Angeles, CA 90067

PAID

MAR 24 2026

FILED

CLERK, U.S. DISTRICT COURT
COURT 4612

2026 MAR 24  PM 3: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ JJI

2:26-cv-03164-ODW-MBKC*

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

KENDRA GILLIAMS, an individual, Plaintiff,

v.

CARLOS WILLIAMS, an individual, doing business as "CarlitoPosted" and "Carlito2Cold" YouTube Channel, Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. Plaintiff Kendra Gilliams ("Plaintiff") is an individual and a professional radio and television journalist with more than two decades of experience in broadcast media. Plaintiff brings this action against Defendant Carlos Williams ("Defendant"), an individual doing business as "Carlito2Cold" and "CarlitoPosted" on YouTube, for Defendant's ongoing, willful, and repeated copyright infringement of Plaintiff's original video works.

2. Defendant has unlawfully copied, reproduced, distributed, displayed, and monetized Plaintiff's copyrighted video content without authorization, consent, or license. Defendant's conduct constitutes infringement under the Copyright Act, 17 U.S.C. § 501 et seq., and has caused and continues to cause substantial harm to Plaintiff's business, reputation, and exclusive rights.

3. Plaintiff seeks the following relief:

- A. A declaration that Defendant has infringed Plaintiff's copyrights.
- B. A permanent injunction barring Defendant from further infringing Plaintiff's copyrighted works.
- C. A mandatory injunction requiring Defendant to remove all infringing videos currently published on his YouTube channel or elsewhere and permanently prohibiting Defendant from uploading, distributing, displaying, or monetizing any of Plaintiff's copyrighted works going forward.

4. Plaintiff respectfully requests that the following URLs—each representing infringing copies of Plaintiff's copyrighted videos—be permanently removed from Defendant's YouTube channel "CarlitoPosted" "Carlito2Cold" pursuant to 17 U.S.C. § 501 et seq. and the repeat infringer policy required under 17 U.S.C. § 512(i)(1)(A) of the Digital Millennium Copyright Act (DMCA).

## II. INFRINGING URL LINKS

Defendant has published infringing content at the following locations:

- https://www.youtube.com/watch?v=3hhDX-U9IVQ |
- https://www.youtube.com/watch?v=sHSECPcPgKQ
- https://www.youtube.com/watch?v=JmIrRy17Pi0 |
- https://www.youtube.com/watch?v=9hbqt6ma7Mo
- https://www.youtube.com/watch?v=BC3LkVzOUw8 |
- https://www.youtube.com/watch?v=c8FLsXA42k8



- https://www.youtube.com/watch?v=PViJRo24mvM |
- https://www.youtube.com/watch?v=qTc7mCOTQVE
- https://www.youtube.com/watch?v=rPZucta-AGw |
- https://www.youtube.com/watch?v=Sr50wGFC77U
- https://www.youtube.com/watch?v=UwfvykWlnOk |
- https://www.youtube.com/watch?v=jYcWOpXUTi4
- https://www.youtube.com/watch?v=o-OL-HOyGyw |
- https://www.youtube.com/watch?v=h0DfIlxo7Uo
- https://www.youtube.com/watch?v=heU7Q2twhXQ |
- https://www.youtube.com/watch?v=5ftIU3V62FM
- https://www.youtube.com/watch?v=LKRJOprl0K4 |
- https://www.youtube.com/watch?v=QrOyL51It78
- https://www.youtube.com/watch?v=VJH6T5VyB80 |
- https://www.youtube.com/watch?v=TeewTDbvnUI
- https://www.youtube.com/watch?v=TZbuphvP6nk |
- https://www.youtube.com/watch?v=hfFVUTPwv3E
- https://www.youtube.com/watch?v=HHtELqAa8tE |
- https://www.youtube.com/watch?v=T5a_hNfe3rl
- https://www.youtube.com/watch?v=SBL_SShaHIM |
- https://www.youtube.com/watch?v=Z3QctPtVTwU
- https://www.youtube.com/watch?v=ud1FuThFvAI |
- https://www.youtube.com/watch?v=ilSOPSHFz60
- https://www.youtube.com/watch?v=gKdCXuTYmwA |
- https://www.youtube.com/watch?v=H3Cqti18O-Q
- https://www.youtube.com/watch?v=WQEvXDvGYig |
- https://www.youtube.com/watch?v=Lyo0t9Efduc
- https://www.youtube.com/watch?v=Zp_G2M2yfGo |
- https://www.youtube.com/watch?v=yLSp-3FO_MM
- https://www.youtube.com/watch?v=kZDqNocy8-s |
- https://www.youtube.com/watch?v=sEJ5r4FBpRE
- https://www.youtube.com/watch?v=nc9fE10vZjY |
- https://www.youtube.com/watch?v=v2JRjMCV-Mc
- https://www.youtube.com/watch?v=hWPxF1_FAXE |
- https://www.youtube.com/watch?v=CDHL3-hpBB0
- https://www.youtube.com/watch?v=6XaeNJDAw5s |



- https://www.youtube.com/watch?v=LItmjUkBM8s

## III. FACTUAL ALLEGATIONS

1. Defendant has copied and uploaded more than 300 videos from Plaintiff's YouTube channel, Kendra G Singles Live, without authorization, consent, or license.

2. Each infringing video reproduces Plaintiff's original copyrighted material—including her voice, likeness, and creative expression—for Defendant's own financial gain and to the detriment of Plaintiff's business and reputation.

3. Defendant has created a paid account on Patreon using Plaintiff's copyrighted material since YouTube has removed several of his videos for copyright infringement.

4. Defendant's acts are willful, malicious, and demonstrate severe stalker-like behavior against Plaintiff.

5. Under the DMCA, Plaintiff was required to initiate this federal lawsuit within ten (10) business days to prevent reinstatement of infringing content following counter-notifications.

6. Defendant's conduct is deliberate, malicious, and designed to exploit Plaintiff's likeness and creative work while profiting from stolen content. Defendant will not stop infringing Plaintiff's copyrighted material, and this behavior should be considered severe, stalker-like, and dangerous.

7. Given the excessive volume of misappropriated works, Plaintiff will supplement this Complaint with additional registration numbers as they are issued.

8. Plaintiff respectfully requests this lawsuit be recognized as the controlling action for future DMCA counter-notification disputes involving Defendant's YouTube channel.

## IV. PLAINTIFF'S COPYRIGHTED WORKS AND RELATED FACTS

1. Plaintiff is a professional radio and television personality with over two decades of experience in broadcast journalism.

2. Plaintiff created and produces an original online dating show distributed on YouTube and other platforms.

3. Plaintiff's works are original, copyrightable works fixed in a tangible medium of expression.

## V. REGISTERED WORKS AND SPECIFIC ACTS OF INFRINGEMENT

The following works are registered with the United States Copyright Office:

- Work 1: SINGLES ON YOUTUBE LIVE SHOW NOV 10TH 2025
  * Date Published: Nov 10, 2025
  * Registration Number: PA 2-557-301
  * Date of Registration: Dec 16, 2025

- Work 2: SINGLES ON YOUTUBE LIVE SHOW DEC 12TH, 2025
  * Date Published: Dec 12, 2025
  * Registration Number: PA 2-557-300
  * Date of Registration: Dec 16, 2025



- Work 3: NOV 14TH 2025
  * Date Published: Nov 14, 2025
  * Registration Number: PA 2-557-183
  * Date of Registration: Dec 02, 2025

## VI. CLAIM FOR RELIEF — COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

1. Plaintiff incorporates all preceding paragraphs.

2. Defendant has infringed Plaintiff's exclusive rights under 17 U.S.C. § 106.

3. Defendant's infringement is willful.

4. The DMCA mandates repeat infringer policies requiring termination of Defendant's accounts due to the volume of infringement.

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court enter judgment against Defendant as follows:

- A. A declaration of infringement.
- B. A permanent injunction against further infringement.
- C. A mandatory injunction for the removal of all infringing works.
- D. Statutory damages up to $150,000 per work infringed, as provided by 17 U.S.C. § 504.
- E. Costs of this action and any further relief the Court deems just.
- F. Leave to amend this Complaint as more registrations are finalized.
- G. A declaration of DMCA compliance.

## VIII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

/ Kendra Gilliams Plaintiff Pro Se

1901 Avenue of the Stars, 2nd Floor Los Angeles, CA 90067

Email: iamnotdoingit@gmail.com

3/24/2026



**Registration Number**

## PA 2-555-183

**Effective Date of Registration:**
December 02, 2025
**Registration Decision Date:**
December 02, 2025

## Title

**Title of Work:** SINGLES ON YOUTUBE LIVE! NOV 14TH 2025

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** November 14, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd Fl, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmedia@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067

## Certification

**Registration Number**

# PA 2-557-300

**Effective Date of Registration:**
December 16, 2025
**Registration Decision Date:**
December 16, 2025

## Title

**Title of Work:**  SINGLES ON YOUTUBE LIVE SHOW DEC 12TH, 2025

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** December 12, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067, United States

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra M Gilliams
**Email:** kendragmedia@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067

## Certification

**Registration Number**

## PA 2-557-301

**Effective Date of Registration:**
December 16, 2025
**Registration Decision Date:**
December 16, 2025

## Title

Title of Work:    SINGLES ON YOUTUBE LIVE SHOW NOV 10TH 2025

## Completion/Publication

Year of Completion:    2025
Date of 1st Publication:    November 10, 2025
Nation of 1st Publication:    United States

## Author

- Author:    Kendra Gilliams
Author Created:    entire motion picture
Citizen of:    United States

## Copyright Claimant

Copyright Claimant:    Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

Organization Name:    Singles Live, LLC
Name:    Kendra Gilliams
Email:    kendragmedia@gmail.com
Address:    1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067 United States

## Certification

Name:    Kendra Gilliams