FILED

2026 MAR 24 PM 3:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY [signature]

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

KendrA Billiams
1901 Ave of the Stars 2nd FL
Los Angeles, CA 90067

ATTORNEY(S) FOR:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KendrA Billiams, Plaintiff(s),

v.

Carlos Williams, Defendant(s)

CASE NUMBER: 2:26-CV-03164-ODW-MBK(x)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for KendrA Billiams
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| KendrA Billiams | Plantiff |
| Singles Live, LLC | Plantiff |
| Carlos Williams | Defendant |
| Carlitto2 Cold | Defendant |
| Carlito Posted | Defendant |

3/24/2026
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):