**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FIRST-CLASS MAIL
IMI
$001.90
03/26/2026 ZIP 90012
043M31268158

US POSTAGE

RTS

2:26-CV03164 - ODW

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CV

FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

EP

NIXIE        910    7E  18CU      7204/03/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 90012333299    2347N093155-00409

Case: 2:26cv3164   Doc: 4

Kendra  Gilliams
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Kendra Gilliams
1901 Avenue of the Stars, 2nd Floor
Los Angeles CA 90067
US
--Case Participants: Magistrate Judge Michael B. Kaufman (crd_kaufman@cacd.uscourts.gov), Judge Otis D. Wright, II (crd_wright@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<42235000@cacd.uscourts.gov>Subject:Activity in Case 2:26-cv-03164-ODW-MBK Carlos Gilliams v. Carlos Williams Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/26/2026 at 1:59 PM PDT and filed on 3/26/2026

| | |
|---|---|
| **Case Name:** | Carlos Gilliams v. Carlos Williams |
| **Case Number:** | 2:26-cv-03164-ODW-MBK |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge Otis D. Wright, II and Magistrate Judge Michael B. Kaufman. (ghap)**

**2:26-cv-03164-ODW-MBK Notice has been electronically mailed to:**
**2:26-cv-03164-ODW-MBK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kendra Gilliams
1901 Avenue of the Stars, 2nd Floor
Los Angeles CA 90067
US