Douglas L. Johnson (SBN 209216)
Frank R. Trechsel (SBN 312199)
Hunter S. Litterio (SBN 358806)
JOHNSON & JOHNSON LLP
439 North Canon Drive
Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080 | Fax: (310) 975-1095
*Attorneys for Plaintiff*
KENDRA GILLIAMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

KENDRA GILLIAMS, an individual,

Plaintiff,

v.

CARLOS WILLIAMS, an individual, doing business as CarlitoPosted and Carlito2Cold Youtube Channels; DOES 1-10,

Defendants.

CASE NO.: 26-CV-03164-ODW-MBK(x)

**PROOF OF SERVICE RE: SERVICE OF DEFENDANT CARLOS WILLIAMS BY ELECTRONIC MAIL**

# *PROOF OF SERVICE*

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California by JOHNSON & JOHNSON LLP, and am over the age of 18 and not a party to the within action. My business address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

On August 10, 2026, I served the foregoing documents described as:

1. First Amended Complaint
2. Issued Summons
3. Civil Case Cover Sheet
4. Certification And Notice of Interested Parties
5. Notice Of Assignment to District Judge and Magistrate Judge
6. Notice To Parties of Court-Directed ADR Program
7. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
8. Notice of Appearance of Counsel
9. ORDER by Judge Otis D. Wright, II to Serve Defendant Carlos Williams by Electronic Mail on:

Carlos Williams
E-mail addresses:
joeydoey780@gmail.com
carlitogames3000@gmail.com
Defendant

**From:** Viktoriya Cassis
**To:** joeydoey780@gmail.com; carlitogames3000@gmail.com
**Cc:** Frank Trechsel; Kirtana Jasti
**Subject:** CASE NO.: 26-CV-03164-ODW-MBK(x) / RE: Service of Summons and Complaint Pursuant to Court Order
**Date:** Monday, August 10, 2026 3:15:00 PM
**Attachments:** 15-ORDER by Judge Otis D. Wright to Serve Defendant by Email.pdf
image001.png
image002.png
1-1 Civil Case Cover Sheet.pdf
2-21 DAY Summons Issued re Complaint.pdf
3-CERTIFICATION AND NOTICE of Interested Parties.pdf
4-NOTICE OF ASSIGNMENT to District Judge Otis D. Wright, II and Magistrate Judge Michael B. Kaufman.pdf
5-NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM.pdf
6-Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge..pdf
10-Notice of Appearance or Withdrawal of Counsel for attorney Frank Trechsel counsel for Plaintiff Kendra Gilliams.pdf
13-FAC.pdf

---

Dear Mr. Williams

Pursuant to Court Order signed by Judge Otis D. Wright on August 6, 2026, which authorizes service upon you by electronic mail, I am hereby serving you with the attached documents:

1. Court Order Document No.15, signed by Judge Otis D. Wright
2. First Amended Complaint
3. Issued Summons
4. Civil Case Cover Sheet
5. Certification And Notice of Interested Parties
6. Notice Of Assignment to District Judge and Magistrate Judge
7. Notice To Parties of Court-Directed ADR Program
8. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
9. Notice of Appearance of Counsel

This service is being made by electronic mail to the following addresses:

joeydoey780@gmail.com

carlitogames3000@gmail.com

This email and the attached documents are being served upon you by electronic mail in accordance with court Order.

Thank you

**Viktoriya Cassis**
**Paralegal**
439 N. Canon Drive, Suite 200 Beverly Hills, CA 90210
vcassis@jjllplaw.com | www.jjllplaw.com
tel 310-975-1080 | fax 310-975-1095

email | map | website

Attorney-Client Privilege/Attorney Work Product. This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of his transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Johnson & Johnson, LLP immediately at (310) 975-1080 or by return email.

METHOD OF SERVICE

[X] (BY E-MAIL) Pursuant to Court Order [Doc.15], signed by Judge Otis D. Wright, authorizing service of the Defendant *Carlos Williams* by electronic mail, I am enclosed the documents for service upon the person at the e-mail addresses: joeydoey780@gmail.com and carlitogames3000@gmail.com. I did not receive, within a reasonable time, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed August 13, 2026, at Beverly Hills, California.

*/s/Viktoriya Cassis*

Viktoriya Cassis